UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

NAMEL NORRIS,                                      CASE NO: 1:16-cv-04308-GHW

     Plaintiff,

vs.

T-MOBILE US, INC., a Delaware corporation,
d/b/a T-MOBILE, and 200 WEST 58TH STREET
LLC, a New York limited liability company, and
914 THIRD ASSETS LLC, a New York limited
liability company,

     Defendants.
_____/

## NOTICE OF SETTLEMENT

     COMES NOW Plaintiff, \NAMEL NORRIS, and Defendants, T-MOBILE US, INC., a Delaware corporation, d/b/a T-MOBILE, and 200 WEST 58TH STREET LLC, a New York limited liability company, and 914 THIRD ASSETS LLC, a New York limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

     Dated: This 14th day of December, 2016.

By: /S/ B. Bradley Weitz                  By: /S/ Marc A. Rapaport
   B. Bradley Weitz, Esq.                  Marc A. Rapaport, Esq.
   THE WEITZ LAW FIRM, P.A.         RAPAPORT LAW FIRM, PLLC
   Bank of America Building              1 Penn Plaza, Suite 2430
   18305 Biscayne Blvd., Suite 214       New York, NY 10119
   Aventura, Florida 33160               Telephone: (212) 382-1600
   Telephone: (305) 949-7777           Facsimile: (212) 382-0920
   Facsimile: (305) 704-3877             Email: mrapaport@rapaportlaw.com
   Email: bbw@weitzfirm.com            *Attorneys for Defendant,*
   Attorney for Plaintiff                    *T-Mobile US, Inc.*

| | |
|---|---|
| By:  /S/ Jeffrey M. Goldman<br>    Jeffrey M. Goldman, Esq.<br>    Judith M. Brener, Esq.<br>    640 Fifth Avenue, 3rd Floor<br>    New York, NY 10019<br>    Telephone:  (212) 265-2171<br>    Facsimile:   (212) 265-1669<br>    Email: jeffreyg@solil.com<br>    *Attorneys for Defendants,*<br>    *200 West 58th Street LLC*<br>    *and  914 Third Assets LLC* | By:  /S/ Christopher R. Travis<br>    Christopher R. Travis, Esq.<br>    RAPAPORT LAW FIRM, PLLC<br>    1 Penn Plaza, Suite 2430<br>    New York, NY 10119<br>    Telephone:  (212) 248-2120<br>    Facsimile:  (212) 382-0920<br>    Email: crt@ctravislaw.com<br>    *Attorneys for Defendant,*<br>    *T-Mobile US, Inc.* |

**SO ORDERED:**

_____
Hon. Gregory H. Woods, U.S.D.J.

Dated: _____